IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARIE C. FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:09cv265-MHT |
| | ) | (WO) |
| CMRE FINANCIAL SERVICES, | ) | |
| INC., a foreign | ) | |
| corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 33), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Trans Union, LLC, and the claims against said defendant are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 24th day of June, 2009.**

                                     <u>/s/ Myron H. Thompson</u>
                               **UNITED STATES DISTRICT JUDGE**